# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTH AND WELFARE TRUST (INCLUDES VACATION ALLOWANCE), PUGET SOUND ELECTRICAL WORKERS PENSION TRUST, PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST, NATIONAL ELECTRICAL BENEFIT FUND, and LABOR MANAGEMENT COOPERATION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>SEATTLE SCHOOL DISTRICT NO. 1, SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, LEASE CRUTCHER LEWIS WA, LLC, a Washington limited liability company, D. W. CLOSE COMPANY, INC., a Washington corporation, COMMPLUS ASSOCIATES, LLC, a Washington limited liability company,<br><br>Defendants. | Case No. CV09-0906 MJP<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>CLERK'S ACTION REQUIRED |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Puget Sound Electrical Workers Health and Welfare Trust, Puget Sound Electrical Workers Pension Trust, Puget Sound Electrical Joint Apprenticeship and Training Trust, National Electrical Benefit Fund, and Labor Management Cooperation Trust and Defendant Commplus Associates, LLC

STIPULATION AND ORDER OF DISMISSAL - 1

that pursuant to F.R.C.P. 41(a)(1)(A)(ii) this matter should be dismissed without prejudice, with each party to pay their own costs and attorneys' fees.

DATED this 30th day of November, 2009.

| EKMAN, BOHRER & THULIN, P.S. | SEBRIS BUSTO JAMES |
|---|---|
| /s/ David L. Tuttle<br>David L. Tuttle<br>Attorneys for Plaintiffs<br>220 W. Mercer, Suite 400<br>Seattle, Washington 98119<br>d.tuttle@ekmanbohrer.com | /s/ M. Edward Taylor<br>M. Edward Taylor, WSBA # 16864<br>Attorneys for Defendant<br>Commplus Associates, LLC<br>14205 S.E. 36th Street, Suite 325<br>Bellevue, Washington 98006<br>Tel: (425) 454-4233<br>etaylor@sebrisbusto.com |

## **ORDER**

Based on the Stipulation above, the Court hereby ORDERS that this action is dismissed without prejudice and without costs or fees to either party.

DATED this 8th day of __December_, 2009.

_____
Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 2