AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

PUGET SOUND ELECTRICAL WORKERS
HEALTH & WELFARE TRUST, et al.

       v.

SEATTLE SCHOOL DISTRICT NO. 1, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-906

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 xx  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    pursuant to the stipulation of the parties, that this matter is DISMISSED without prejudice, with each party to pay their own costs and attorneys' fees.

December 8, 2009

BRUCE RIFKIN
Clerk

___/s/ Mary Duett_____
By, Deputy Clerk